In the Matter of EDWARD W. MANNING, an Attorney, Respondent.

First Department, February 3, 1939.

*Einar Chrystie,* for the petitioner.

No appearance for the respondent.

PER CURIAM. On December 2, 1938, in the Court of General Sessions of the County of New York, the respondent pleaded guilty to the crime of grand larceny, second degree, which crime is a felony.

Pursuant to section 477 and subdivision 3 of section 88 of the Judiciary Law, the respondent must, therefore, be disbarred.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, GLENNON and UNTERMYER, JJ.

Respondent disbarred.